


Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the
United States.

# Affidavit of Fact

U.S. DISTRICT COURT
DISTRICT OF NH

2019 DEC -5 AM 11: 37

FILED

**Date: 25-Rabi al awwal 1441 [November 22, 2019]**

**Affiant: Julisa Amurra Adonay El & Jamhal Talib Abdullah Bey**

**Address**: RISE OF THE MOORS – 255 Main Street 2nd Fl suite 201 Pawtucket RI 02860

Notice to the agent is notice to the principal, notice to the agent. UCC 1-202: notice, knowledge. An instrument is deemed in law filed at the time
it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.*, 785 S.W. 2d 143, 144 (tex.1990)

On Tuesday, 15 Rabi al-awwal-1441 [November 12, 2019], after picking up another Moorish American National who was being unlawfully detained by CHESHIRE COUNTY DEPARTMENT OF CORRECTIONS in KEENE, NEW HAMPSHIRE superintendent RICHARD N. VAN WICKLER was put on notice about why we were there and we informed them of our political status and the fact that they did not have the jurisdiction to hold the said National. Once the national was released, we attempted to make our way back to Massachusetts. We pulled out of the parking lot, were traveling along the entrance path, and quickly noticed that an unmarked Jeep was closely following us. We turned onto Marlborough road and in approximately 3 minutes after we left the CHESHIRE COUNTY DEPARTMENT OF CORRECTIONS, a different Cop in an unmarked vehicle was seen in the rear-view mirror speeding down the road with their lights on and heading straight towards our direction.

We later found out it was Sargent ZACHARY BYAM Badge #202 from MARLBOROUGH POLICE DEPARTMENT which is only 3 minutes (1.9 miles) away from the CHESHIRE COUNTY DEPARTMENT OF CORRECTIONS. There were eight Moorish American Nationals in three separate automobiles traveling together. There were two other cars with the other Moorish American nationals traveling in front of us. The cop passed approximately seven cars and stopped the Moors that were in the front. We all stopped to try to let the cop pass and he kept inching his car behind the first car and second car to force a separation and pull the front car over. The front car followed by the officer pulled into a commercial parking lot on Marlborough road. We began recording and pulled into and parked in the same lot to see what the issue was. Sargent ZACHARY BYAM immediately called for back up before we came into the proximity of the traffic stop. 2 – 3 unmarked vehicles showed up and various police cars swarmed the parking lot and closed us all in the lot.

The Moors then informed us that the Police stated that they ran the first vehicles plates and that was the reason for the stop. That could not have been possible because that vehicle was the lead car and there were approximately seven cars on the road behind our three cars. The various policemen of MARLBOROUGH POLICE DEPARTMENT, DUBLIN POLICE DEPARMENT, TROY POLICE DEPARTMENT, HARRISVILLE POLICE DEPARTMENT, KEENE SHERIFF'S DEPARTMENT & NEW HAMPSHIRE STATE POLICE as well as LEON'S AUTO CENTER were clearly conspiring along with the CHESHIRE COUNTY DEPARTMENT




OF CORRECTIONS and targeting us based on our national origin. A few minutes later, the police without warrant, due process nor probable cause then began to run the plates on the other vehicles owned by the rest of the Moorish American nationals that were parked in the parking lot that were not involved in the traffic stop. No other plates in the lot were ran by the various policemen, only ours, which is proof of their discrimination and violation of our rights. Sargent ZACHARY BYAM Badge #202 of MARLBOROUGH POLICE DEPARTMENT then stated that he was towing my car because it was not registered which is a violation of the full faith and credit clause of the constitution for the united States.". See **Bank of Boston v. Jones, 4 UCC Rep. Serv. 1021, 236 A2d 484, UCC PP 9-109.14** *A vehicle not used for commercial activity is a "consumer good" ... it is not a type of vehicle required to be registered.*

FULL FAITH AND CREDIT. *A judgement or record shall have the same faith, credit, conclusive effect, and obligatory force in other states as it has by law or usage in the state from whence taken.* **Christmas v. Cohen, 13 Pet. 326, 10 L.Ed. 475;** *"Full faith and credit" clause of Const. U.S. art 4, § 1, requires that foreign judgement be given such faith and credit as it had by law or usage of state of its origin.* **First Nat. Bank v. Terry, 103 Cal.App. 501, 285 P. 336, 337**

*No state government entity has the power to allow or deny passage on the highways, byways, nor waterways... transporting his vehicles and personal property for wither recreation or business, but by being subject only to local regulation i.e., safety caution, traffic lights, speed limits, etc. Traveling is not a privilege requiring licensing, vehicle registration, or forced insurance.* **Chicago Coach Co. V. City of Chicago, 227 Ill. 200, 169 N.E. 22.**

*The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all absolute rights, and the police cannot make void the exercise of rights.* **State v. Armstead, 60 s. 778, 779, and 781**

**NEW HAMPSHIRE GENERAL LAWS -TITLE XXI MOTOR VEHICLES CHAPTER 261 CERTIFICATES OF TITLE AND REGISTRATION OF VEHICLES Section 261:3 Exempt Vehicles: (c)** A vehicle owned by a nonresident of this state and not required by law to be registered in this state;

Sargent Zachary Byam Badge #202 proceeded to seize RI state property (license plates) as his own. Sargent Zachary Byam then advised me I could retrieve my other personal affects from the car. Once I proceeded to do so, he shut the door I was trying to open and got in my face and had his hands on me. Another policemen who repeatedly refused to identify himself got into a threatening position behind me and had his Taser out and ready to use excessive force. We were able to identify him later on in the video as HARRISVILLE POLICE DEPARTMENT Chief RUSSEL DRISCOLL. My private vehicle was towed to LEON'S AUTO CENTER in KEENE, NH and is being held for an extortion fee. The listed subjects, business and corporations that were involved and listed in this affidavit violated the following UNITED STATES CODES and are liable to be charged:

**18 USC § 241 Conspiracy Against Rights**
**18 USC § 242 Deprivation Of Rights Under Color Of Law**



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the
United States.

**18 USC § 872 Extortion by officers or employees of the United States**
**18 USC  § 880 RECEIVING THE PROCEEDS OF EXTORTION**
**18 USC § 2312 Transportation of stolen vehicles**
**18 USC § 2313 Sale or receipt of stolen vehicles**
**18 U.S. Code § 2314. Transportation of stolen goods, securities, moneys, fraudulent State**
**tax stamps, or articles used in counterfeiting**
**18 U.S. Code § 2315. Sale or receipt of stolen goods, securities, moneys, or fraudulent State**
**tax stamps**
**18 U.S. Code § 1349. Attempt and conspiracy**


The listed subjects, business and corporations that were involved and listed in this affidavit
also violated the following NEW HAMSHIRE state constitutional laws:

**[Art.] 2. [Natural Rights.]** All men have certain natural, essential, and inherent rights among
which are, the enjoying and defending life and liberty; acquiring, possessing, and protecting,
property; and, in a word, of seeking and obtaining happiness. Equality of rights under the law shall
not be denied or abridged by this state on account of race, creed, color, sex or national origin.

**[Art.] 2-b. [Right of Privacy.]** An individual's right to live free from governmental intrusion in
private or personal information is natural, essential, and inherent.

**[Art.] 10. [Right of Revolution.]** Government being instituted for the common benefit, protection,
and security, of the whole community, and not for the private interest or emolument of any one
man, family, or class of men; therefore, whenever the ends of government are perverted, and public
liberty manifestly endangered, and all other means of redress are ineffectual, the people may, and
of right ought to reform the old, or establish a new government. The doctrine of nonresistance
against arbitrary power, and oppression, is absurd, slavish, and destructive of the good and
happiness                                              of                                              mankind.
June 2, 1784


**[Art.] 12-a. [Power to Take Property Limited.]** No part of a person's property shall be taken by
eminent domain and transferred, directly or indirectly, to another person if the taking is for the
purpose   of   private   development   or   other   private   use   of   the   property.
November 7, 2006


**[Art.] 33. [Excessive Bail, Fines, and Punishments Prohibited.]** No Magistrate, or Court of Law,
shall demand excessive bail or sureties, impose excessive fines, or inflict cruel or unusual
punishments.
June 2, 1784


The listed subjects, business and corporations that were involved and listed in this affidavit
are also in violation of the following Organic Constitution for the Republic of the united States of
America:

**AmendmentIV:** The right of the people to be secure in their persons, houses, papers, and effects,
against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but



upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

**AmendmentV:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation

**Amendment VIII:** Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

You will find the NEW HAMSHIRE GENERAL LAWS regarding registration and non-residents below.

**NEW HAMPSHIRE GENERAL LAWS TITLE XXI - MOTOR VEHICLES CHAPTER 261 CERTIFICATES OF TITLE AND REGISTRATION OF VEHICLES**
**Section 261:3 Exempt Vehicles** (c) A vehicle owned by a nonresident of this state and not required by law to be registered in this state;

**TITLE XXI - MOTOR VEHICLES CHAPTER 261 CERTIFICATES OF TITLE AND REGISTRATION OF VEHICLES Reciprocity for Nonresidents Section 261:44 Operation Without Registration; Reciprocity.** – A vehicle, other than an OHRV or snowmobile, owned by a nonresident and duly registered for the current year in the state, district or country of which the owner is a resident may be driven upon the ways of this state without registration under this chapter to the extent, as to period of driving and otherwise, that the state, district or country of registration grants similar privileges for the operation of such vehicles owned by residents of this state and registered under its laws. The director for the purposes of this section shall determine the nature and extent of the privileges for the driving of vehicles granted by other states, districts or countries to residents of this state and his determination shall be final.
**Source.** 1911, 133:3. 1913, 81:2. 1917, 229:3. 1921, 119:3. 1923, 76:1. 1925, 85:1. PL 100:26. 1939, 190:3. 1941, 99:1. RL 116:35. 1945, 45:1. RSA 260:39. 1981, 146:1. 2006, 90:11, eff. July 1, 2006 at 12:01 a.m.

**TITLE XXI - MOTOR VEHICLES CHAPTER 261 CERTIFICATES OF TITLE AND REGISTRATION OF VEHICLES General Registration Section 261:59-a Proof of Valid Registration.** – No person shall be arrested for a violation of RSA 261:40, **nor shall any person's vehicle be towed on account of being unregistered**, solely because a computer check indicates that the registration has expired, if the driver presents to the officer a facially legitimate, current registration certificate and the number plates have current, serially numbered decals attached, the serial numbers of which match the numbers on the registration certificate. This section shall not apply in any case where the certificate or decals appear to be counterfeit or altered or the computer check indicates that the plates have been suspended or revoked.
**Source.** 2006, 317:15, eff. Aug. 18, 2006.




Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the
United States.

      If I am found guilty (after proper due process) of violating NH state policies it should have resulted in a fine and not a tow. Please see the NH General laws attached below.

**TITLE XXI-MOTOR VEHICLES CHAPTER 261 CERTIFICATES OF TITLE AND REGISTRATION OF VEHICLES Registration Required Section 261:40**

**261:40 Registration Required.** – Except as otherwise provided, it is a violation for any person to drive or any owner or custodian to knowingly permit or cause to be driven on the ways of this state any vehicle which is not specifically exempt by statute or rule from the requirement of registration, unless the same has been registered and the appropriate fee paid in accordance with the provisions of this chapter. The fine for a violation of this section shall be $100.

**Source.** 1905, 86:5. 1911, 133:2. 1917, 229:2. 1919, 41:2. 1921, 119:2. PL 100:5. 1935, 73:6. 1939, 132:1. RL 116:9. RSA 260:12. 1981, 146:1. 2005, 177:45. 2006, 317:14, eff. Aug. 18, 2006.

**TITLE XXI MOTOR VEHICLES CHAPTER 261 CERTIFICATES OF TITLE AND REGISTRATION OF VEHICLES Registration Required**

**Section 261:40 Registration Required.** – Except as otherwise provided, it is a violation for any person to drive or any owner or custodian to knowingly permit or cause to be driven on the ways of this state any vehicle which is not specifically exempt by statute or rule from the requirement of registration, unless the same has been registered and the appropriate fee paid in accordance with the provisions of this chapter. The fine for a violation of this section shall be $100.

**Source.** 1905, 86:5. 1911, 133:2. 1917, 229:2. 1919, 41:2. 1921, 119:2. PL 100:5. 1935, 73:6. 1939, 132:1. RL 116:9. RSA 260:12. 1981, 146:1. 2005, 177:45. 2006, 317:14, eff. Aug. 18, 2006.

## UNDER PENALTY OF PERJURY

Under penalty of perjury and persecution from the Moorish nation, do declare and state for the record, to the best of my ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A Free Moorish American national and citizen of the free National Government of Morocco, I am: _Julisa Amurra Adoray El_____A.R.R. UCC 1-308. In honor of my Moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminii, in accord with the high principles of Love, Truth, Peace, Freedom and Justice.



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



**Date: 25-Rabi al awwal 1441 [November 22, 2019]**

**Affiant: Julisa Amurra Adonay El**

**Address**: RISE OF THE MOORS – 255 Main Street suite 201 Pawtucket RI 02860

**CIVIL ACTION**

Julisa Amurra Adonay El

Jamhal Talib Abdullah Bey

Plaintiff                                                    Case No. _____

v.

MARLBOROUGH POLICE DEPARTMENT SARGEANT ZACHARY BYAM badge#202,

MARLBOROUGH POLICE DEPARTMENT,

CHESHIRE COUTNY DEPARTMENT OF CORRECTIONS,

CHESHIRE COUNTY DEPARTMENT OF CORRECTIONS SUPERINTENDENT RICHARD N. VAN WICKLER,

HARRISVILLE POLICE DEPARTMENT,

HARRISVILLE POLICE CHIEF RUSSEL DRISCOLL

DUBLIN POLICE DEPARMENT,

TROY POLICE DEPARTMENT,

KEENE SHERIFF'S DEPARTMENT,

NEW HAMPSHIRE STATE POLICE &

LEON'S AUTO CENTER

Defendants

1

 Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States. 

# EMERGENCY WRIT FOR PREJUDGMENT

# WRIT OF REPLEVIN WITHOUT NOTICE

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC 1-202: notice, knowledge.
An instrument is deemed in law filed at the time it is delivered to the clerk.  See *Biffe v. Morton Rubber., Inc.*, 785  S.W. 2d 143, 144 (tex.1990)

I demand an Order of Emergency Writ for Prejudgment Writ of Replevin Without Notice, directing LEON'S AUTO CENTER located at 600 Main street near KEENE, NEW HAMPSHIRE 03431, to immediately return my specific property; Blue 2012 Toyota Yaris VIN No. JTDBT4K36C1414963 which has been seized and held unlawfully, pursuant to, *NH Rev Stat Sub Section 536-A:1 (1996 through Reg Sess)*, *Verified Claim and Affidavit of Fact.*

1. I am the lawful owner entitled to the possession of said property described and at no time gifted, sold or otherwise transferred ownership of said property to any other party including LEON'S AUTO CENTER.
2. Despite verbal communication to the agent operating on behalf of LEON'S AUTO CENTER my conveyance and personal property therein was unlawfully seized without my consent, court order, judgment or ruling, which is theft.
3. The property was wrongfully detained by orders of SARGENT BYAM (BADGE #202) from MARLBOUROUGH POLICE DEPARTMENT who conspired with DUBLIN POLICE DEPARMENT, TROY POLICE DEPARTMENT, HARRISVILLE POLICE DEPARTMENT, KEENE SHERIFF'S DEPARTMENT, NEW HAMPSHIRE STATE POLICE & LEON'S AUTO CENTER to unlawfully violate and deprive me of my preexisting Constitutional rights to travel and my right to due process. This is a violation of the New Hampshire State Constitution – Bill of Rights Part 1 Article 12; *no part of a person's property shall be taken, by eminent domain and transferred, directly or indirectly, to another person if the taking is for the purpose of private development...*
4. I have no knowledge of any contract between; SARGENT BYAM (BADGE #202) from MARLBOUROUGH POLICE DEPARTMENT, LEON'S AUTO CENTER and myself. Furthermore, all parties deny that any contract exists.
5. LEON'S AUTO CENTER is attempting to extort funds from me under false pretenses to monopolize on capital gain which is fraud and a direct violation of the 8th Amendment of the constitution for the united States and the New Hampshire State Constitution – Bill of Rights Part 1 Article 28; *no subsidy charge, tax, impost or duty shall be established, fixed, laid or levied, under any pretext whatsoever without the consent of the people...*  They also threaten to embezzle my private property by filing an abandonment claim if said fraudulent funds are not provided to them within the 45 day time frame.
6. The fair market value for described property is $5,500.00.

2



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



***NH Rev Stat Sub Section 536-A: Replevin (1996 through Reg Sess)*** sets forth a procedure to obtain a writ of replevin before entry of a final judgement by utilizing an ex-parte procedure. Specifically, ***Section 536-A:12*** provides:

*Upon specific request of the applicant and examination of the complaint and affidavit and such other evidence or testimony as the judge may thereupon require, a writ of replevin may be issued prior to hearing, if probable cause appears that any of the following exist:*

1. *The defendant gained possession of the property by theft;*
2. *The property consists of one or more negotiable instruments or credit cards;*
3. *By reason of specific, competent evidence shown, by affidavit or by testimony within the personal knowledge of an affiant or witness, the property is perishable, and will be perish before any noticed hearing can be had, or is in immediate danger or destruction, serious harm, concealment or removal from this state, or of sale to an innocent purchaser, and that the holder of such property threatens to destroy, harm, conceal, remove it from the state, or sell it to an innocent purchaser.*

*If the plaintiff properly sets forth allegations in an affidavit or verified compliant which establishes the right of a prejudgment writ of replevin, the court does not have discretion, an order directing issuance of the writ must be entered. If the court fails to do so, mandamus can be employed by the plaintiff do direct the court to do so without notice to the party in possession.* **Comcoa, Inc v. Coe.**

*It has been held that dissolution of a prejudgment writ of replevin has no effect other than to determine right to possession of property pending final adjudication of the parties claims.* **Weigh Less for Life, Inc. v. Barnett Bank of Orange Park.**

*"The State cannot diminish Rights of the people."* **Hurtado v California, 110 US 516.**

*"Statutes that violate the plain and obvious principles of common right and common reason are null and void."* **Bennett v Boggs**

*Constitutional Law-Due Process-Municipal Towing Ordinance Authorizing the Assessment of Towing Fees and Storage Charges Without Notice and Opportunity for Hearing Violates Due Process.* **Remm v. Landrieu.**

*"The right to travel is part of the Liberty of which a citizen cannot be deprived without due process of law under the Fifth Amendment. This Right was emerging as early as the Magna Carta."* **Kent v Dulles, 357 US 116 (1958)**

3


Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.


# RELIEF SOUGHT

In short, I have shown that I have undeniable right to ownership of aforementioned property and that Defendant possesses no lawful right, title or interest in my private property. I have also shown undeniable proof that my Rights were infringed upon by aforementioned subjects, business and corporations.

I am demanding an order from this court pursuant to the Federal Rules of Civil Procedure 4.1(a)c, to have the U.S. Marshals serve the order to have the agents of LEON'S AUTO CENTER for the immediate return of my conveyance and all costs related thereto taxed against the Defendant and his agents and all other relief this court can and should provide in the amount of $200.00 per day from the time LEON'S AUTO CENTER unlawfully seized my personal property on November 12, 2019 until the day my property is returned to me for loss of income, as well as any and all property damage caused by Defendant when towing my private property without the keys to insure adequate transport of said property.

LEON'S AUTO CENTER who has received correspondence from me, in a good faith attempt to resolve this matter privately, has 48 hours from receiving said claim/notice, to return my personal property; Blue 2012 Toyota Yaris VIN No. JTDBT4K36C1414963 with all charges and costs taxed against LEON'S AUTO CENTER. Failure to comply with my demand will result in a default judgement against LEON'S AUTO CENTER of a $1,000,000.00 fine, imprisonment or both for loss of property and Federal crimes they are liable for per;

**Title 18 U.S. Code Sub Section 661;** Whoever, within the special maritime and territorial jurisdiction of the United States, takes and carries away, with intent to steal or purloin, any personal property of another shall be punished as follows:

If the property taken is of a value exceeding $1,000, or is taken from the person of another, by a fine under this title, or imprisonment for not more than five years, or both; in all other cases, by a fine under this title or by imprisonment not more than one year, or both.

If the property stolen consists of any evidence of debt, or other written instrument, the amount of money due thereon, or secured to be paid thereby and remaining unsatisfied, or which in any contingency might be collected thereon, or the value of the property the title to which is shown thereby, or the sum which might be recovered in the absence thereof, shall be the value of the property stolen.

**Title 18 U.S. Code Sub Section 662;** Whoever, within the special maritime and territorial jurisdiction of the United States, buys, receives, or conceals any money, goods, bank notes, or other thing which may be the subject of larceny, which has been feloniously taken, stolen, or embezzled, from any other person, knowing the same to have been so taken, stolen, or embezzled, shall be fined under this title or imprisoned not more than three years, or both; but if

4



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



the amount or value of thing so taken, stolen or embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**Title 18 U.S. Code 2312 Transportation of stolen vehicles;** Whoever transports in interstate or foreign commerce a motor vehicle, vessel, or aircraft, knowing the same to have been stolen, shall be fined under this title or imprisoned not more than 10 years, or both.

**Title 18 U.S. Code 2313 Sale or receipt of stolen vehicles;** Whoever receives, possesses, conceals, stores, barters, sells, or disposes of any motor vehicle, vessel, or aircraft, which has crossed a State or United States boundary after being stolen, knowing the same to have been stolen, shall be fined under this title or imprisoned not more than 10 years, or both.

**18 U.S. Code § 2315. Sale or receipt of stolen goods, securities, moneys, or fraudulent State tax stamps;** Whoever receives, possesses, conceals, stores, barters, sells, or disposes of any goods, wares, or merchandise, securities, or money of the value of $5,000 or more, or pledges or accepts as security for a loan any goods, wares, or merchandise, or securities, of the value of $500 or more, which have crossed a State or United States boundary after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, or taken;

**18 U.S. Code § 1349. Attempt and conspiracy;** Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

Furthermore, the listed subjects, business and corporations that were involved and listed in this affidavit violated the above stated UNITED STATES CODES and are liable to be charged at violator's expense.

# JURISDICTION OF THIS COURT

Pursuant to *Younger v. Harris*, Federal Courts have a constitutional obligation to interfere when there is clear, blatant and Prima Facie evidence of the violation of a parties constitutional rights.

All communication is recorded and given to you within a lawful time frame.

5



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



I, Julisa Amurra Adonay El, under penalty of perjury and persecution from the Moorish nation do declare and state for the record, to the best of my ability, that all claims and statements made in this writ are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A Free Moorish American national and citizen of the free National Government of Morocco. I am:

*Julisa Amurra Adonay El* . In honor of my Moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminii, in accord with the high principles of Love, Truth, Peace, Freedom and Justice.

On this __5__ day of __Rabi us Sani__ in the year __1441__ . [Moorish calendar]

On this __2__ day of __December__ in the year __2019__ . [Gregorian calendar]

6

Bond

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC 1-202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.,* 785 S.W. 2d 143, 144 (tex.1990)

To: **LEON'S AUTO CENTER**

**600 MAIN STREET**

**KEENE, NH 03431**

From: Julisa Amurra Adonay El

RISE OF THE MOORS

255 Main Street 2ⁿᵈ Fl suite 201

Pawtucket RI 02860

This is a good faith attempt to resolve this matter outside of Federal court.

An Order of Emergency Writ for Prejudgment Writ of Replevin Without Notice, directing LEON'S AUTO CENTER located at 600 Main street near KEENE, NEW HAMPSHIRE 03431, to immediately return my specific property; Blue 2012 Toyota Yaris VIN No. JTDBT4K36C1414963 which has been seized and held unlawfully, pursuant to, *NH Rev Stat Sub Section 536-A:1 (1996 through Reg Sess), Verified Claim and Affidavit of Fact* has been filed in Federal court.

1. I am the lawful owner entitled to the possession of said property described and at no time gifted, sold or otherwise transferred ownership of said property to any other party including LEON'S AUTO CENTER, see Title attached.
2. Despite verbal communication to the agent operating on behalf of LEON'S AUTO CENTER my conveyance and personal property therein was unlawfully seized without my consent, court order, judgment or ruling, which is theft.
3. The property was wrongfully detained by orders of SARGENT BYAM (BADGE #202) from MARLBOUROUGH POLICE DEPARMENT who conspired with DUBLIN POLICE DEPARMENT, TROY POLICE DEPARTMENT, HARRISVILLE POLICE DEPARTMENT, KEENE SHERIFF'S DEPARTMENT, NEW HAMPSHIRE STATE POLICE & LEON'S AUTO CENTER to unlawfully violate and deprive me of my preexisting Constitutional rights to travel and my right to due process. This is a violation of the New Hampshire State Constitution – Bill of Rights Part 1 Article 12; *no part of a person's property shall be taken, by eminent domain and transferred, directly or indirectly, to another person if the taking is for the purpose of private development...*

4.  I have no knowledge of any contract between; SARGENT BYAM (BADGE #202) from MARLBOUROUGH POLICE DEPARTMENT, DUBLIN POLICE DEPARMENT, TROY POLICE DEPARTMENT, HARRISVILLE POLICE DEPARTMENT, KEENE SHERIFF'S DEPARTMENT, NEW HAMPSHIRE STATE POLICE or LEON'S AUTO CENTER and myself. Furthermore, all parties deny that any contract exists.

5.  LEON'S AUTO CENTER is attempting to extort funds from me under false pretenses to monopolize on capital gain which is fraud and a direct violation of the 8th Amendment of the constitution for the united States and the New Hampshire State Constitution – Bill of Rights Part 1 Article 28; *no subsidy charge, tax, impost or duty shall be established, fixed, laid or levied, under any pretext whatsoever without the consent of the people…* They also threaten to embezzle my private property by filing an abandonment claim if said fraudulent funds are not provided to them within the 45 day time frame.

6.  The fair market value for described property is $5,500

*NH Rev Stat Sub Section 536-A: Replevin (1996 through Reg Sess)* sets forth a procedure to obtain a writ of replevin before entry of a final judgement by utilizing an ex-parte procedure. Specifically, *Section 536-A:12* provides:

*Upon specific request of the applicant and examination of the complaint and affidavit and such other evidence or testimony as the judge may thereupon require, a writ of replevin may be issued prior to hearing, if probable cause appears that any of the following exist:*

1.  *The defendant gained possession of the property by theft;*
2.  *The property consists of one or more negotiable instruments or credit cards;*
3.  *By reason of specific, competent evidence shown, by affidavit or by testimony within the personal knowledge of an affiant or witness, the property is perishable, and will be perish before any noticed hearing can be had, or is in immediate danger or destruction, serious harm, concealment or removal from this state, or of sale to an innocent purchaser, and that the holder of such property threatens to destroy, harm, conceal, remove it from the state, or sell it to an innocent purchaser.*

*If the plaintiff properly sets forth allegations in an affidavit or verified compliant which establishes the right of a prejudgment writ of replevin, the court does not have discretion, an order directing issuance of the writ must be entered. If the court fails to do so, mandamus can be employed by the plaintiff do direct the court to do so without notice to the party in possession.* **Comcoa, Inc v. Coe.**

*It has been held that dissolution of a prejudgment writ of replevin has no effect other than to determine right to possession of property pending final adjudication of the parties claims.* **Weigh Less for Life, Inc. v. Barnett Bank of Orange Park.**

*"The State cannot diminish Rights of the people."* **Hurtado v California, 110 US 516.**

*"Statutes that violate the plain and obvious principles of common right and common reason are null and void."* **Bennett v Boggs**

*Constitutional Law-Due Process-Municipal Towing Ordinance Authorizing the Assessment of Towing Fees and Storage Charges Without Notice and Opportunity for Hearing Violates Due Process.* **Remm v. Landrieu**.

*"The right to travel is part of the Liberty of which a citizen cannot be deprived without due process of law under the Fifth Amendment. This Right was emerging as early as the Magna Carta."* **Kent v Dulles, 357 US 116 (1958)**

# RELIEF SOUGHT

LEON'S AUTO CENTER has 48 hours upon receiving this claim/notice to return my personal property; Blue 2012 Toyota Yaris VIN No. JTDBT4K36C1414963 with all charges and costs taxed against LEON'S AUTO CENTER in the form of $200.00 per day from the time LEON'S AUTO CENTER unlawfully seized my personal property on November 12, 2019 until the day my property is returned to me, for loss of income and for the unlawful embezzlement of private property. Which can be paid by check or money order to; Amirah Amarilis Amaara Atiyah Bey
RISE OF THE MOORS
255 Main Street 2nd Fl suite 201
Pawtucket RI 02860


As of today LEON'S AUTO CENTER is responsible to pay $3600.00

Failure to comply with my demand will result in a default judgement against LEON'S AUTO CENTER of a $1000000.00 fine, imprisonment or both, for property loss and Federal crimes per;

**Title 18 U.S. Code Sub Section 661;** Whoever, within the special maritime and territorial jurisdiction of the United States, takes and carries away, with intent to steal or purloin, any personal property of another shall be punished as follows:

If the property taken is of a value exceeding $1,000, or is taken from the person of another, by a fine under this title, or imprisonment for not more than five years, or both; in all other cases, by a fine under this title or by imprisonment not more than one year, or both.

If the property stolen consists of any evidence of debt, or other written instrument, the amount of money due thereon, or secured to be paid thereby and remaining unsatisfied, or which in any contingency might be collected thereon, or the value of the property the title to which is shown thereby, or the sum which might be recovered in the absence thereof, shall be the value of the property stolen.

**Title 18 U.S. Code Sub Section 662;** Whoever, within the special maritime and territorial jurisdiction of the United States, buys, receives, or conceals any money, goods, bank notes, or other thing which may be the subject of larceny, which has been feloniously taken, stolen, or embezzled, from any other person, knowing the same to have been so taken, stolen, or embezzled, shall be fined under this title or imprisoned not more than three years, or both; but if the amount or value of thing so taken, stolen or embezzled does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.

**Title 18 U.S. Code 2312 Transportation of stolen vehicles;** Whoever transports in interstate or foreign commerce a motor vehicle, vessel, or aircraft, knowing the same to have been stolen, shall be fined under this title or imprisoned not more than 10 years, or both.

**Title 18 U.S. Code 2313 Sale or receipt of stolen vehicles;** Whoever receives, possesses, conceals, stores, barters, sells, or disposes of any motor vehicle, vessel, or aircraft, which has crossed a State or United States boundary after being stolen, knowing the same to have been stolen, shall be fined under this title or imprisoned not more than 10 years, or both.

**18 U.S. Code § 2315. Sale or receipt of stolen goods, securities, moneys, or fraudulent State tax stamps;** Whoever receives, possesses, conceals, stores, barters, sells, or disposes of any goods, wares, or merchandise, securities, or money of the value of $5,000 or more, or pledges or accepts as security for a loan any goods, wares, or merchandise, or securities, of the value of $500 or more, which have crossed a State or United States boundary after being stolen, unlawfully converted, or taken, knowing the same to have been stolen, unlawfully converted, or taken;

**18 U.S. Code § 1349. Attempt and conspiracy;** Any person who attempts or conspires to commit any offense under this chapter shall be subject to the same penalties as those prescribed for the offense, the commission of which was the object of the attempt or conspiracy.

Please be advised that a there is a pending suit in the Federal court of New Hampshire located at, 55 Pleasant St. #110 Concord, NH 03301 against LEON'S AUTO CENTER if above stated relief demanded is not met within the allotted time frame.

All communication is recorded and given to you within a lawful time frame.