Retail

**US POSTAGE PAID**
Origin: 02860
12/02/19
4367200860-10

**$11.05**

PRIORITY MAIL 2-DAY®

0 Lb 5.20 Oz
1004

C011

EXPECTED DELIVERY DAY: 12/05/19

SHIP TO:
55 PLEASANT ST
RM 110
CONCORD NH 03301-3941

USPS SIGNATURE® TRACKING NUMBER

9510 8124 4842 9336 1527 31



**PRIORITY MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Julisa Amuera Adorady El
256 Main St Suite 201
Pawtucket RI 02860

TO: US District Court
District of New Hampshire
55 Pleasant St #110
Concord, NH 03301

FOR DOMESTIC AND INTERNATIONAL US



Label 228, March 2016

Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

PS00001000016

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority
This packaging is not for resale. EP14PE © U.S. Postal Service; July 2013; All rights reserved.