UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

El et al

    v.                                                        Case No. 1:19-cv-1204-LM

Byam et al

### NOTICE – FILING FEE OMITTED

Documents necessary to process your case were not included with your filing. Plaintiff, Jamhal Talib Abdullah Bey must pay the applicable filing fee or file an Application to Proceed Without Prepayment of Fees or Costs by February 6, 2020. No action will be taken by the court on this case until the appropriate fee has been paid or an application to proceed without prepayment has been granted.

Filing Fee: The filing fee for your case is $400.00 ($350.00 filing fee plus $50.00 administrative fee), and may be paid in cash, by certified bank check or money order (made payable to Clerk, U.S. District Court), or by credit card (Visa, MasterCard, Discover, or American Express). The court does not accept personal checks.

Proceed Without Prepayment of Fees or Costs:  If you want to proceed without prepayment, an Application to Proceed Without Prepayment of Fees or Costs must be filed by each plaintiff.

By the Court,

*/s/ Erica DiFabio*
Erica DiFabio
Deputy Clerk

Date: December 6, 2019

Attachments